UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No.:    2:18-cr-123-DNF

JOSE MARIO MORENO PARADA

_____

**ORDER**

Before the Court is Defendant Jose Mario Moreno Parada's Motion for Early Termination of Probation. (Doc. 193). The United States and Probation do not oppose the motion. (Doc. 195 at 1). For the following reasons, the motion is granted.

Defendant pled guilty to smuggling charges. (Doc. 113). The Court sentenced him to 100 months' imprisonment and three years of supervised release. (Doc. 146). Defendant has completed approximately 18 months of his term of supervised release. (Doc. 193 at 1).

Defendant has fully complied with all conditions of probation, including reporting, remaining law-abiding, satisfying obligations, and complying with all Court-imposed conditions. He is employed as a cabinet installer and maintains positive community ties. He has a stable residence and supports his family.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early.  Defendant has served approximately half of his sentence of supervised release without incident.  He is gainfully employed.  The Government and Probation do not object to terminating his term of supervised release early.  The Court thus finds that early termination of Defendant's supervised release is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Jose Mario Moreno Parada's Motion for Early Termination of Probation (Doc. 193) is **GRANTED**.  Defendant's term of supervised release shall terminate on **May 29, 2026**.

2

**DONE** and **ORDERED** in Fort Myers, Florida on May 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3